UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

ANDREW JOSEPH SMITH                                              JULY 9TH, 2019
AND ALMIGHTY GOD (MIND INSEPARABLE)                 JURY DEMAND: YES
V.
THIRTY-NINE (39) RI INCORPORATIONS,           CASE NO. 1:19-CV-00110-WES-LDA
RHODE ISLAND SUPREME COURT
CORPORATION DIRECTORS AND ET. AL.

## ADDENDUM

NOW COME THE PLAINTIFFS, ANDREW JOSEPH SMITH AND MIND SPIRIT OF ALMIGHTY GOD, OF WHOM RESPECTFULLY REQUEST OF THE COURT TO ADD ONE DEFENDANT AND ONE SUPPORT LETTER FROM THE PRESIDENT OF THE UNITED STATES.

1. PLEASE FIND ATTACHED A RESPONSE LETTER FROM PRESIDENT DONALD TRUMP IN SUPPORT OF MY QUEST FOR FREEDOM OF RELIGION TO PROFESS AND BELIEVE IN THE EXERCISE OF CHRIST THE LORD'S AFFORDED SACRAMENTS OF THE ROMAN CATHOLIC FAITH. ON THE JUNE 28TH, 2019, OBJECTION I MAILED TO THE COURT, I INADVERTENTLY FORGOT TO ATTACH SAID PRESIDENTIAL SUPPORT LETTER AND PHOTO-COPY OF THE DATED ENVELOPE IT ARRIVED TO ME IN.

2. THIS PLAINTIFF CHOOSES TO ADD THE RI FAMILY COURT AS A DEFENDANT, AND RESPECTFULLY REQUESTS OF THE COURT TO GRANT ME A MOTION TO DO SO.

RESPECTFULLY SUBMITTED,
ANDREW JOSEPH SMITH
ORIGINAL SIGNATURE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 9TH DAY OF JULY, 2019, I MAILED A COPY OF THIS DOCUMENT TO THE DEFENDANTS ATTORNEY, ASSISTANT RIAG JUSTIN SULLIVAN AND ALISON HOFFMAN AT THE OFFICE OF THE RHODE ISLAND ATTORNEY GENERAL LOCATED AT 150 SOUTH MAIN STREET PROVIDENCE, RI 02903.

SUBMITTED,
ANDREW JOSEPH SMITH
ORIGINAL

PAGE 1 OF 1



THE WHITE HOUSE

WASHINGTON

September 10, 2018

Mr. Andrew Smith
Cranston, Rhode Island

Dear Mr. Smith,

Melania and I are saddened to learn of the difficult times you are experiencing. Please know that we send our prayers and well wishes.

We hope your enduring spirit will overcome any challenge, and that you find comfort and strength in your faith during this time.

Sincerely,

[signature: Donald Trump]

---

THE WHITE HOUSE
WASHINGTON, DC 20500



US POSTAGE ›› PITNEY BOWES

ZIP 20500  $ 000.47⁰
02 1W
0001380733 SEP 12 2018

Mr. Andrew Smith
Post Office Box 20301
Cranston, Rhode Island  02920