UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

ANDREW JOSEPH SMITH                                              JULY 9TH, 2019

AND ALMIGHTY GOD (MIND INSEPARABLE)        2019 JUL 17    JURY DEMAND: YES

THIRTY-NINE (39) RI INCORPORATIONS,           CASE NO. 1:19-CV-00110-WES-LDA

RHODE ISLAND SUPREME COURT

CORPORATION DIRECTORS AND ET. AL.

## ADDENDUM

   NOW COME THE PLAINTIFFS, ANDREW JOSEPH SMITH AND MIND SPIRIT OF

ALMIGHTY GOD, OF WHOM RESPECTFULLY REQUEST OF THE COURT TO

 ADD ONE DEFENDANT AND ONE SUPPORT LETTER FROM THE PRESIDENT

OF THE UNITED STATES.

1. PLEASE FIND ATTACHED A RESPONSE LETTER FROM PRESIDENT

   DONALD TRUMP IN SUPPORT OF MY QUEST FOR FREEDOM OF RELIGION

   TO PROFESS AND BELIEVE IN THE EXERCISE OF CHRIST THE LORD'S

   AFFORDED SACRAMENTS OF THE ROMAN CATHOLIC FAITH. ON THE JUNE

28TH, 2019, OBJECTION I MAILED TO THE COURT, I INADVERTENTLY

FORGOT TO ATTACH SAID PRESIDENTIAL SUPPORT LETTER AND PHOTO-COPY

OF THE DATED ENVELOPE IT ARRIVED TO ME IN.

2. THIS PLAINTIFF CHOOSES TO ADD THE RI FAMILY COURT AS A DEFENDANT,

   AND RESPECTFULLY REQUESTS OF THE COURT TO GRANT ME A MOTION TO

                                        RESPECTFULLY SUBMITTED,

DO SO.

                                        ANDREW JOSEPH SMITH

                                               ORIGINAL
                                               SIGNATURE

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY THAT ON THE 9TH DAY OF JULY, 2019, I MAILED A COPY

OF THIS DOCUMENT TO THE DEFENDANTS ATTORNEY, ASSISTANT RIAG

JUSTIN SULLIVAN AND ALISON HOFFMAN AT THE OFFICE OF THE RHODE

ISLAND ATTORNEY GENERAL LOCATED AT 150 SOUTH MAIN STREET PROVIDENCE,

RI 02903.                               SUBMITTED,

                                        ANDREW JOSEPH SMITH

ORIGINAL

EXHIBIT No. 5



THE WHITE HOUSE

WASHINGTON

September 10, 2018

Mr. Andrew Smith
Cranston, Rhode Island

Dear Mr. Smith,

Melania and I are saddened to learn of the difficult times you are
experiencing.  Please know that we send our prayers and well
wishes.

We hope your enduring spirit will overcome any challenge, and
that you find comfort and strength in your faith during this time.

Sincerely,

THE WHITE HOUSE
WASHINGTON, DC 20500



US POSTAGE >> PITNEY BOWES

ZIP 20500   $ 000.47⁰
02 1W
0001380733 SEP 12 2018

Mr. Andrew Smith
Post Office Box 20301
Cranston, Rhode Island  02920