Case 1:19-cv-00110-WES-LDA   Document 23-4   Filed 01/02/20   Page 1 of 1 PageID #: 173




ANDREW SMITH ID#152102
MEDIUM SECURITY BR-10B
P.O. BOX 8274
CRANSTON, RI 02920

U.S. DISTRICT COURT, DISTRICT OF RI
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903-1779

ATTN: OFFICE OF CLERK   ENVELOPE 2 OF 2